**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brizza Hernandez,<br><br>          Plaintiff(s),<br><br>vs.<br><br>Cardenas Markets, LLC.,<br><br>          Defendant(s). | **2:24-cv-01597-CDS-MDC**<br><br>**ORDER DENYING STIPULATION** |

IT IS ORDERED that the *Proposed Stipulated Discovery Plan and Scheduling Order* (ECF No. 10) is DENIED WITH LEAVE TO REFILE. The proposed stipulation does not conform to the form and requirement of LR 26-1 and, specifically, address all of the matters and language required by LR 26-1(b)(1) *et seq*.

DATED this 2nd day of October 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge