**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets LLC

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Brizza Hernandez, an individual,<br><br>Plaintiff<br><br>vs.<br><br>Cardenas Markets LLC dba Cardenas Markets; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>Defendant | Case No.: 2:24-cv-01597-CDS-MDC<br><br>**Stipulation to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

INJURY LAWYERS OF NEVADA                    **WILSON ELSER**

BY: /s/ Jared B. Anderson, Esq.             BY: /s/ Jonathan C. Pattillo, Esq.
JARED B. ANDERSON                            MICHAEL P. LOWRY
Nevada Bar No. 9747                          Nevada Bar No. 10666
DAVID J. CHURCHILL                           JONATHAN C. PATTILLO
Nevada Bar No. 7308                          Nevada Bar No. 13929
Attorneys for Brizza Hernandez               Attorneys for Cardenas Markets, LLC

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 21, 2025